■
### 329 So.2d 666
### In re Francis THOMPSON
### v.
### CITY OF HUNTSVILLE.
### Ex parte Francis Thompson.
### SC 1729.

Supreme Court of Alabama.

April 16, 1976.

Robert M. Shipman and John S. Somerset, Huntsville, for petitioner.

SHORES, Justice.

Petition of Francis Thompson for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Thompson v. City of Huntsville*, 57 Ala.App. 607, 329 So.2d 664.

WRIT DENIED.

HEFLIN, C. J., and MERRILL, MADDOX and JONES, JJ., concur.

■
### 326 So.2d 129
### In re Bill THOMPSON
### v.
### Veda Dawn THOMPSON.
### Ex parte Bill Thompson.
### SC 1621.

Supreme Court of Alabama.

Jan. 15, 1976.

Love, Love, Lawrence & Mitchell, Talladega, for petitioner.

None opposed.

FAULKNER, Justice.

Petition of Bill Thompson for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in *Thompson v. Thompson*, 57 Ala.App. 57, 326 So.2d 124.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, ALMON and EMBRY, JJ., concur.